# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   KATHRYN E. CAMPEN                                          Case Number: 08-70037
         200 W. LOCUST STREET          SSN-xxx-xx-1171
         DEKALB, IL  60115

                                                    Case filed on:        1/8/2008
                                                    Plan Confirmed on:
                          U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $640.00       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD G LARSEN | 3,774.00 | 3,774.00 | 595.84 | 0.00 |
|     | Total Legal | 3,774.00 | 3,774.00 | 595.84 | 0.00 |
| 999 | KATHRYN E. CAMPEN | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIMORTGAGE INC | 21,578.38 | 21,578.38 | 0.00 | 0.00 |
| 002 | DEKALB COUNTY COLLECTOR | 4,868.48 | 0.00 | 0.00 | 0.00 |
| 003 | HOMEQ SERVICING | 41,222.60 | 0.00 | 0.00 | 0.00 |
|     | Total Secured | 67,669.46 | 21,578.38 | 0.00 | 0.00 |
| 004 | ASPIRE / CB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | NCO FINANCIAL SYSTEMS INC | 611.73 | 79.52 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 3,065.01 | 398.45 | 0.00 | 0.00 |
| 007 | COLLECTION PROFESSIONALS | 93.00 | 12.09 | 0.00 | 0.00 |
| 008 | DEKALB CLINIC CHARTERED | 568.24 | 73.87 | 0.00 | 0.00 |
| 009 | FOSTER & BUICK LAW GROUP LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 343.37 | 44.64 | 0.00 | 0.00 |
| 011 | JEFFERSON CAPITAL SYSTEMS, LLC | 2,405.68 | 312.74 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 147.00 | 19.11 | 0.00 | 0.00 |
| 013 | ILLINOIS STUDENT ASSISTANCE COMM | 220,363.23 | 28,647.22 | 0.00 | 0.00 |
| 014 | VERIZON SOUTH | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | WAUSAU MUNICIPAL COURT | 122.00 | 15.86 | 0.00 | 0.00 |
| 016 | WELLS FARGO FINANCIAL | 840.75 | 109.30 | 0.00 | 0.00 |
| 017 | JOHN CAMPEN | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | NICOR GAS | 836.89 | 108.80 | 0.00 | 0.00 |
| 019 | DEKALB CLINIC CHARTERED | 0.00 | 0.00 | 0.00 | 0.00 |
|     | Total Unsecured | 229,396.90 | 29,821.60 | 0.00 | 0.00 |
|     | Grand Total: | 300,840.36 | 55,173.98 | 595.84 | 0.00 |

Total Paid Claimant:      $595.84
Trustee Allowance:        $44.16          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00           discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan